IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

NOVO NORDISK, INC. and
NOVO NORDISK A/S,

    Plaintiffs,

  v.                                  CIVIL NO. 1:23-CV-13
                                          (KLEEH)

VIATRIS INC. and
MYLAN PHARMACEUTICALS INC.,

    Defendants.

## DISMISSAL ORDER

On this day, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the parties submitted a stipulation of dismissal without prejudice. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the Court's active docket.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and any unrepresented parties.

DATED: November 1, 2023

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA